# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: COUNCIL ON AMERICAN ISLAMIC RELATIONS, MICHIGAN INC.<br><br>Subpoenaed Non-Party, | Case No. 2:21-mc-51455-PBD-APP<br><br>JUDGE: PAUL D. BORMAN<br>MAGISTRATE JUDGE: ANTHONY P. PATTI |

## STIPULATION AND ORDER FOR DISMISSAL

**WHEREAS,** CAIR Foundation, Inc., d/b/a Council on American-Islamic Relations & CAIR ("CAIR-National"), commenced an action against Lori Saroya ("Saroya") in the District of Minnesota, Civil Action No. 0:21-cv-01267 (the "Minnesota Litigation");

**WHEREAS,** Saroya caused a Subpoena Duces Tecum dated September 23, 2021 (the "Subpoena") to be served on non-party Council on American Islamic Relations, Michigan ("CAIR-MI") to obtain documents for use in the Minnesota Litigation;

**WHEREAS,** CAIR-MI served counsel for Saroya with a Motion to Quash a Third-Party Subpoena via email and by mailing a copy to the Court of record in this action on November 26, 2021;

**WHEREAS,** CAIR-National and Saroya stipulated to dismissal with prejudice of the Minnesota Litigation on January 7, 2022; and

**WHEREAS,** as a result of the pending dismissal of the Minnesota Litigation, Saroya hereby withdraws the Subpoena that she has caused to be served on CAIR-MI;

**NOW, THEREFORE,** the parties, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that this action may be, and is hereby, dismissed with prejudice and without costs, disbursements or attorneys' fees to either party. The Court may enter an order to this effect without hearing or further notice to the parties. Signed on January 10, 2022 by:

*/s/ Amy V. Doukoure*
Amy V. Doukoure (P80461)
Attorney for Petitioner


*/s/ Steven C. Kerbaugh*
Steven C. Kerbaugh (MN#0390429)
Attorney for Respondent

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: COUNCIL ON AMERICAN ISLAMIC RELATIONS, MICHIGAN INC.**<br><br>Subpoenaed Non-Party, | Case No. 2:21-mc-51455-PBD-APP<br><br>JUDGE: PAUL D. BORMAN<br>MAGISTRATE JUDGE: ANTHONY P. PATTI<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the Stipulation of the parties, it is **ORDERED** that this action is dismissed with prejudice and without costs, disbursements or attorneys' fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 24, 2022   s/Paul D. Borman
　　　　　　　　　　　　　Paul D. Borman
　　　　　　　　　　　　　United States District Judge